# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156972(61)(62)

DELISHA M. WILLIAMS, Personal
Representative of the ESTATE OF
SHARITA M. WILLIAMS,
        Plaintiff-Appellant,

v

                                  SC: 156972
                                  COA: 332755

CONSUELLA LEWIS and U.S. SECURITY              Wayne CC: 15-000780-NO
ASSOCIATES, INC., d/b/a ADVANCED
SECURITY,
        Defendants-Appellees.
_____/

       On order of the Chief Justice, the motions of defendants-appellees for immediate consideration and to extend the time for filing their answer to the application for leave to appeal are GRANTED. The answer will be accepted for filing if submitted on or before March 1, 2018.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____             
January 26, 2018

                                           Clerk